FERDINAND ARCURI, Appellant, v. PATSY SERVODIDIO and CATHERINE SERVODIDIO, Respondents.— Order directing plaintiff to accept service of the proposed amended answer of defendant Catherine Servodidio and to reply to the counterclaim, and amending the title so as to add a party defendant, affirmed, with ten dollars costs and disbursements; plaintiff to accept service within five days from service of a copy of the order herein and to reply to the counterclaim within ten days thereafter. No opinion. Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting.

lant.— Order denying motion of defendant Freeman to strike out the counterclaim of defendant Catherine Servodidio in so far as it applies to him and directing him to reply within twenty days affirmed, with ten dollars costs and disbursements; said defendant to reply to the counterclaim within ten days from service of a copy of the order herein. No opinion. Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting.